**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

EQUATORIAL MARINE FUEL
MANAGEMENT SERVICES PTE LTD.,
            *Plaintiff-Appellant,*

v.

MISC BERHAD,
            *Defendant-Appellee.*

No. 08-57046

D.C. No.
2:08-cv-07756-
VBF-CT

ORDER

Filed February 2, 2010

Before: Alex Kozinski, Chief Judge, Ferdinand F. Fernandez
and N. Randy Smith, Circuit Judges.

---

## ORDER

The opinion is amended to replace the last sentence on page 746 of the slip opinion with the following: <Finding that Equatorial failed to show it had a valid prima facie admiralty claim against MISC, the district court vacated the attachment.>

No petitions for rehearing or rehearing en banc predicated on this amendment may be filed.